**U.S. District Court**
**California Northern District (Oakland)**
**CRIMINAL DOCKET FOR CASE #: 4:25–mj–70807–MAG–1**

Case title: USA v. Greenwood–James

Date Filed: 06/26/2025

Other court case number: CR–25–62–BLG–SPW District of Montana – Billings Division

Assigned to: Magistrate Judge

**Defendant (1)**

| | |
|---|---|
| **Davious Arjhan Greenwood–James** | represented by **Elisse Marie Larouche** <br> Office of the Federal Public Defender <br> Northern District of California <br> 450 Golden Gate Avenue <br> Rm 19–6884 <br> San Francisco, CA 94102 <br> 415–436–7700 <br> Fax: 415–436–7706 <br> Email: elisse_larouche@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846: Conspiracy to Posses with Intent to Distribute and to Distribute Controlled Substances; 21:841(a)(1) and 18:2: Possession with Intent to Distribute Controlled Substances; 18:1956(h) Conspiracy to Commit Money Laundering | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Kenneth Chambers , II** <br> U.S. Attorney's Office <br> 450 Golden Gate Avenue <br> Floor 11 <br> San Francisco, CA 94102 |

415−436−6488
Email: kenneth.chambers@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2025 | 1 | Notice of Proceedings on Out−of−District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Davious Arjhan Greenwood−James (1). (jlm, COURT STAFF) (Filed on 6/26/2025) (Entered: 06/26/2025) |
| 06/27/2025 |  | Set/Reset Hearing as to Defendant Davious Arjhan Greenwood−James Initial Appearance set for 6/27/2025 10:30 AM in Oakland, Courtroom 4, 3rd Floor before Magistrate Judge Alex G. Tse. (shy, COURT STAFF) (Filed on 6/27/2025) (Entered: 06/27/2025) |
| 06/27/2025 | 2 | Minute Entry for proceedings held before Magistrate Judge Alex G. Tse: Initial Appearance re Rule 5 Indictment from the District of Montana, as to Davious Arjhan Greenwood−James held on 6/27/2025.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>ID of Counsel Hearing as to Davious Arjhan Greenwood−James held on 6/27/2025. CJA23 Submitted as to Davious Arjhan Greenwood−James. Added attorney Elisse Marie Larouche for Davious Arjhan Greenwood−James. Arraignment on Rule 5 Indictment from the District of Montana held on 6/27/2025. NOT GUILTY PLEA entered. Detention Hearing set for 7/1/2025 at 10:30 AM in Oakland, Courtroom 4, 3rd Floor before Magistrate Judge Kandis A. Westmore. Defendant remanded to custody. DPPA Advise. Identity waived. (Digital Recording: 11:10−11:17). (jlm, COURT STAFF) (Filed on 6/27/2025) (Entered: 06/27/2025) |
| 06/27/2025 | 3 | CJA 23 Financial Affidavit by Davious Arjhan Greenwood−James (jlm, COURT STAFF) (Filed on 6/27/2025) (Entered: 06/27/2025) |
| 07/01/2025 | 5 | Minute Entry for proceedings held before Magistrate Judge Kandis A. Westmore: Detention Hearing as to Davious Arjhan Greenwood−James held on 7/1/2025. Appearance Bond Issued in the amount of $15,000.00. Defendant Ordered RELEASED. Defendant's next hearing date set for 7/28/2025 at 9:00 AM in Billings, MT. (Liberty Recorder: 12:22−12:54). (jlm, COURT STAFF) (Filed on 7/1/2025) (Entered: 07/02/2025) |
| 07/01/2025 | 6 | **ORDER Setting Conditions of Release. Appearance Bond Entered as to Davious Arjhan Greenwood−James in amount of $15,000.00. Signed by Magistrate Judge Kandis A. Westmore on 07/01/25. (jlm, COURT STAFF) (Filed on 7/1/2025) (Entered: 07/02/2025)** |
| 07/01/2025 | 7 | **Stipulated ORDER Excluding Time Under the Speedy Trial Act as to Davious Arjhan Greenwood−James. Signed by Magistrate Judge Kandis A. Westmore on 07/01/25. (jlm, COURT STAFF) (Filed on 7/1/2025) (Entered: 07/02/2025)** |
| 07/07/2025 | 8 | Proposed Order Directing United States Marshals to Provide Non−Custodial Air Transportation for Appearance in Another Judicial District by Davious Arjhan Greenwood−James (Larouche, Elisse) (Filed on 7/7/2025) Modified on 7/8/2025 (jlm, COURT STAFF). (Entered: 07/07/2025) |
| 07/07/2025 | 9 | **ORDER Directing United States Marshals to Provide Non−Custodial Air Transportation for Appearance in Another Judicial District as to Davious Arjhan Greenwood−James. Signed by Magistrate Judge Kandis A. Westmore on 7/7/2025. (ccf, COURT STAFF) (Filed on 7/7/2025) (Entered: 07/07/2025)** |

```
 1  CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  KENNETH CHAMBERS (NYBN 5559885)
    Assistant United States Attorney
 5
            1301 Clay Street, Suite 340S
 6          Oakland, California 94612
            Telephone: (510) 637-3680
 7          FAX: (510) 637-3724
            kenneth.chambers@usdoj.gov
 8
    Attorneys for United States of America
 9
```

FILED

Jun 26 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:25-mj-70807 MAG |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| DAVIOUS ARJHAN GREENWOOD-JAMES, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on, or around, June 26, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☑ Indictment

☐ Information

☐ Criminal Complaint

☐ Other (describe) _____

pending in the District of Montana, Case Number CR-25-62-BLG-SPW-4.

In that case (copy of indictment attached), the defendant is charged with violations of 21 U.S.C. §§ 846, 841(a)(1), 18 U.S.C. §§ 2, 1956(h), 21 U.S.C. §§ 853(a)(1) and (2), 881(a)(7) and (11), 18 U.S.C.

v. 7/10/2018

1  § 98l(a)(l), 982 and 28 U.S.C. § 2461 (c).

2  Description of Charges: Conspiracy to Possess with Intent to Distribute and to Distribute Controlled

3  Substances, Possession with Intent to Distribute Controlled Substances, Aiding & Abetting, Conspiracy

4  to Commit Money Laundering and Criminal Forfeiture.

5       The maximum penalties are as follows:

6  21 U.S.C. § 846

7  Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years supervised

8  release;

9  21 U.S.C. § 84l(a)(l) and 18 U.S.C. §§ 2

10 Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years supervised

11 release;

12 18 U.S.C § 1956(h)

13 20 years of imprisonment. $500,000 fine, and three years of supervised release;

14 Title 21 penalties may be enhanced for prior drug-related felony convictions.

17                                    Respectfully Submitted,

18                                    CRAIG H. MISSAKIAN
                                      UNITED STATES ATTORNEY
19

20 Date: June 26, 2025                /s/ Kenneth Chambers
                                      KENNETH CHAMBERS
21                                    Assistant United States Attorney

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 7 mins | | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Stephen Ybarra | | REPORTER/DIGITAL RECORDING: 11:10 - 11:17 | | |
| MAGISTRATE JUDGE ALEX G. TSE | DATE June 27, 2025 | | NEW CASE ☐ | CASE NUMBER 25-mj-70807 MAG | |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT Davious Arjhan Greenwood-James | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Elisse Marie Larouche | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Ken Chambers | INTERPRETER n/a | | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Jalei M Kinder | | ☒ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR Rule 5 (3) | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET | |
| ☒ I.D. COUNSEL 1 | ☒ ARRAIGNMENT 3 | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 7/1/25 | ☐ CONFIRM ATTY APPOINTMENT | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: 10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. KAW | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| DPPA advised. Identity waived. Time waived under Speedy Trial Act. |

DOCUMENT NUMBER:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

25-62-BLG-SPW-4

United States of America,   )   Case No. 25-mj-70807-ND Cal
                            )
        Plaintiff,          )   STIPULATED ORDER EXCLUDING TIME
    v.                      )   UNDER THE SPEEDY TRIAL ACT
                            )
Avious Greenwood-James      )
                            )
        Defendant(s).       )

For the reasons stated by the parties on the record on __7/1/25__, the court excludes time under the Speedy Trial Act from __7/1/25__ to __7/28/25__ and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The court makes this finding and bases this continuance on the following factor(s):

FILED
JUL -1 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

____ Failure to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____ The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

✓ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____ With the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to the date set forth in the first paragraph and — based on the parties' showing of good cause — finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATED: __7/1/2025__                    _____
                                        KANDIS A. WESTMORE
                                        United States Magistrate Judge

STIPULATED: _____   _____
            Attorney for Defendant       Assistant United States Attorney

v. 1/10/2019

1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   ELISSE LAROUCHE
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:    (510) 637-3500
   Facsimile:    (510) 637-3507
6  Email:        elisse_larouche@fd.org
7
8  Counsel for Defendant Greenwood James

9

10                    IN THE UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13

| 14 | UNITED STATES OF AMERICA, | Case No.: 4:25-MJ-70807-MAG |
|---|---|---|
| 15 | Plaintiff, | **[PROPOSED] ORDER DIRECTING UNITED STATES MARSHALS TO PROVIDE NON-CUSTODIAL AIR TRANSPORTATION FOR APPEARNCE IN ANOTHER JUDICIAL DISTRICT** |
| 16 | v. | |
| 17 | DAVIOUS GREENWOOD JAMES, | |
| 18 | Defendant. | |

19

20    Defendant Davious Greenwood James was ordered to appeal before the Honorable Judge

21 Watters in the United States District Court for the District of Montana in Billings on July 28, 2025, at

22 9:00 a.m. Pursuant to 18 U.S.C. § 4285, and after the court found that Mr. Greenwood James was

23 eligible for court-appointed counsel, the Court finds that Mr. Greenwood James is financially unable

24 to provide the necessary transportation to appear as ordered on his own. For this reason, the Court

25 directs the United States Marshal Service to provide Mr. Greenwood James with non-custodial airfare

26 to Billings, Montana, before his court hearing on July 28, 2025.

27

28

[PROPOSED] ORDER FOR TRANSPORTATION
*GREENWOOD JAMES*, 4:25-MJ-70807-MAG

1

IT IS SO ORDERED.

Dated: _____

                                          THE HON. KANDIS A. WESTMORE
                                          United States Magistrate Judge

| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | ELISSE LAROUCHE<br>Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N<br>1301 Clay Street |
| 5 | Oakland, CA 94612<br>Telephone: (510) 637-3500 |
| 6 | Facsimile: (510) 637-3507<br>Email: elisse_larouche@fd.org |
| 7 | |
| 8 | Counsel for Defendant Greenwood James |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:25-MJ-70807-MAG [KAW] |
| Plaintiff, | **ORDER DIRECTING UNITED STATES MARSHALS TO PROVIDE NON-CUSTODIAL AIR TRANSPORTATION FOR APPEARNCE IN ANOTHER JUDICIAL DISTRICT** |
| v. | |
| DAVIOUS GREENWOOD JAMES, | |
| Defendant. | |

Defendant Davious Greenwood James was ordered to appeal before the Honorable Judge Watters in the United States District Court for the District of Montana in Billings on July 28, 2025, at 9:00 a.m. Pursuant to 18 U.S.C. § 4285, and after the court found that Mr. Greenwood James was eligible for court-appointed counsel, the Court finds that Mr. Greenwood James is financially unable to provide the necessary transportation to appear as ordered on his own.

///

///

///

///

ORDER FOR TRANSPORTATION
*GREENWOOD JAMES*, 4:25-MJ-70807-MAG

1

For this reason, the Court directs the United States Marshal Service to provide Mr. Greenwood James with non-custodial airfare to Billings, Montana, before his court hearing on July 28, 2025.

IT IS SO ORDERED.

Dated: July 7, 2025

THE HON. KANDIS A. WESTMORE
United States Magistrate Judge